```
PAYROLL HISTORY            ***EMPLOYEE CHECK DISPLAY***                    PYHI003
ORG ID         EMPL ID       CHK DT 09/16/2010  FED $ 01 00 ST EMP 0036 LC1 0343
EEUC           862341        END DT 09/11/2010  ST  $ 01 00 ST TXD 0036 LC2
WEAVER,JULIE M                  SCH 419         2ST $ 00 00 2ND ST      LC3
CHK/ADV  A001076                                            ST RES 0036 LC4
                               ***CURRENT GROSSES***                    LC5
TTL       660.62    FWT        588.91    ST        588.91    SDI          .00
FUT          .00    SUT        608.73    RTR       660.62    2ST          .00
FCA       608.73    MED        608.73    XCS          .00    LC1       608.73
LC2          .00    LC3           .00    LC4          .00    LC5          .00
 EARNINGS     HOURS     GROSS AMT   DEDUCTION          AMOUNT DEDUCTION         AMOUNT
REGULAR       31.00+       303.18   MEDICAL             46.12
REGULAR        7.75+        75.80   DENTAL               5.77
SHFT2@1.00    23.25+        23.25   SIP DEDUC           19.82
SHFT2@1.00     7.75+         7.75   FICA/OASD           37.74
REGULAR       23.25+       227.39   MEDICARE             8.82
SHFT2@1.00    23.25+        23.25   FED TAX             23.96
                                    STATE TAX            8.26
                                    LOCAL TAX           17.35

TOTAL GROSS=            660.62+  DEDUCTIONS=          167.84+ NET PAY=          492.78+
CHECK/ADVICE DISPLAYED.
TRAN 3    EMPL 862341                              CHK A001076 ORG EEUC
PF3=OLDER CHK 4=NEWER 7=EMP 8=TBL 10=INQ 11=FUNC PA2=TR MENU   ENTER=EARNINGS
```

Sep-23-10 11:16am From-Cleve Clinic Payroll 216 636 7156 T-444 P.002/013 F-888

```
PAYROLL HISTORY          ***EMPLOYEE CHECK DISPLAY***                    PYHI003
ORG ID       EMPL ID       CHK DT 09/02/2010  FED S 01 00 ST EMP 0036 LC1 0343
EEUC         862341        END DT 08/28/2010  ST  S 01 00 ST TXD 0036 LC2
WEAVER,JULIE M                SCH 418         2ST S 00 00 2ND ST      LC3
CHK/ADV  A001088                                          ST RES 0036 LC4
                             ***CURRENT GROSSES***                    LC5
TTL       425.81   FWT       361.15    ST        361.15   SDI           .00
FUT          .00   SUT       373.92    RTR       425.81   2ST           .00
FCA       373.92   MED       373.92    XCS          .00   LC1        373.92
LC2          .00   LC3          .00    LC4          .00   LC5           .00
 EARNINGS    HOURS     GROSS AMT   DEDUCTION        AMOUNT DEDUCTION        AMOUNT
REGULAR       8.00+       78.24    MEDICAL           46.12
REGULAR      16.00+      156.48    DENTAL             5.77
SHFT2@1.00    8.00+        8.00    SIP DEDUC         12.77
SHFT2@1.00   16.00+       16.00    FICA/OASD         23.19
REGULAR      15.50+      151.59    MEDICARE           5.42
SHFT2@1.00   15.50+       15.50    STATE TAX          3.06
                                   LOCAL TAX         10.66

TOTAL GROSS=       425.81+  DEDUCTIONS=         106.99+ NET PAY=         318.82+
OLDER CHECK/ADVICE DISPLAYED.
TRAN 3    EMPL 862341                          CHK A001088 ORG EEUC
PF3=OLDER CHK 4=NEWER 7=EMP 8=TBL 10=INQ 11=FUNC PA2=TR MENU  ENTER=EARNINGS
```

```
PAYROLL HISTORY          ***EMPLOYEE CHECK DISPLAY***                      PYHI003
ORG ID        EMPL ID      CHK DT 08/19/2010  FED S 01 00 ST EMP 0036 LC1 0343
EEUC          862341       END DT 08/14/2010  ST  S 01 00 ST TXD 0036 LC2
WEAVER,JULIE M                SCH 417         2ST S 00 00 2ND ST      LC3
CHK/ADV  A001105                                          ST RES 0036 LC4
                           ***CURRENT GROSSES***                      LC5
TTL      1,598.25   FWT      431.90   ST       431.90   SDI           .00
FUT           .00   SUT      446.86   RTR      498.75   2ST           .00
FCA        446.86   MED      446.86   XCS         .00   LC1        446.86
LC2           .00   LC3         .00   LC4         .00   LC5           .00
 EARNINGS    HOURS    GROSS AMT   DEDUCTION        AMOUNT DEDUCTION        AMOUNT
PTO           8.00+      78.24   MEDICAL           46.12
REGULAR       8.00+      78.24   DENTAL             5.77
REGULAR      16.00+     156.48   SIP DEDUC         14.96
SHFT2@1.00    8.00+       8.00   FICA/OASD         27.70
SHFT2@1.00   16.00+      16.00   MEDICARE           6.48
TUITION               1,099.50   FED TAX            5.88
REGULAR       7.75+      75.80   STATE TAX          4.25
OTHERS       15.75+      85.99   LOCAL TAX         12.74

TOTAL GROSS=      1,598.25+  DEDUCTIONS=         123.90+ NET PAY=      1,474.35+
OLDER CHECK/ADVICE DISPLAYED.
TRAN 3   EMPL 862341                          CHK A001105 ORG EEUC
PF3=OLDER CHK 4=NEWER 7=EMP 8=TBL 10=INQ 11=FUNC PA2=TR MENU  ENTER=EARNINGS
```

```
PAYROLL HISTORY            ***EMPLOYEE CHECK DISPLAY***                        PYHI003
ORG ID        EMPL ID        CHK DT 08/05/2010  FED S 01 00 ST EMP 0036 LC1 0343
EEUC          862341         END DT 07/31/2010  ST  S 01 00 ST TXD 0036 LC2
WEAVER,JULIE M                 SCH 416          2ST S 00 00 2ND ST      LC3
CHK/ADV  A001114                                           ST RES 0036 LC4
                              ***CURRENT GROSSES***                     LC5
TTL       837.58   FWT        760.56    ST      760.56    SDI          .00
FUT          .00   SUT        785.69    RTR     837.58    2ST          .00
FCA       785.69   MED        785.69    XCS        .00    LC1       785.69
LC2          .00   LC3           .00    LC4        .00    LC5          .00
 EARNINGS    HOURS     GROSS AMT   DEDUCTION          AMOUNT DEDUCTION        AMOUNT
REGULAR       3.75+       36.68   MEDICAL             46.12
REGULAR      27.50+      268.95   DENTAL               5.77
SHFT2@1.00    3.75+        3.75   SIP DEDUC           25.13
SHFT2@1.00   27.50+       27.50   FICA/OASD           48.71
MEETING        .75+        7.34   MEDICARE            11.40
REGULAR      31.25+      305.63   FED TAX             49.71
SHFT2@1.00   31.25+       31.25   STATE TAX           13.65
UPTO         16.00+      156.48   LOCAL TAX           22.39

TOTAL GROSS=        837.58+  DEDUCTIONS=         222.88+ NET PAY=          614.70+
OLDER CHECK/ADVICE DISPLAYED.
TRAN 3   EMPL 862341                         CHK A001114 ORG EEUC
PF3=OLDER CHK 4=NEWER 7=EMP 8=TBL 10=INQ 11=FUNC PA2=TR MENU  ENTER=EARNINGS
```

```
PAYROLL HISTORY            ***EMPLOYEE CHECK DISPLAY***                            PYHI003
ORG ID          EMPL ID       CHK DT 07/22/2010  FED S 01 00 ST EMP 0036 LC1 0343
EEUC            862341        END DT 07/17/2010  ST  S 01 00 ST TXD 0036 LC2
WEAVER,JULIE M                   SCH 415         2ST S 00 00 2ND ST      LC3
CHK/ADV  A001115                                             ST RES 0036 LC4
                                ***CURRENT GROSSES***                    LC5
TTL       800.42    FWT       724.52    ST       724.52    SDI          .00
FUT          .00    SUT       748.53    RTR      800.42    2ST          .00
FCA       748.53    MED       748.53    XCS         .00    LC1       748.53
LC2          .00    LC3          .00    LC4         .00    LC5          .00
 EARNINGS    HOURS    GROSS AMT  DEDUCTION          AMOUNT DEDUCTION        AMOUNT
REGULAR      23.75+     232.28   MEDICAL            46.12
SHFT2@1.00   23.75+      23.75   DENTAL              5.77
OVERTIME      7.00+     106.19   SIP DEDUC          24.01
REGULAR      40.00+     391.20   FICA/OASD          46.41
SHFT2@1.00   47.00+      47.00   MEDICARE           10.85
                                 FED TAX            44.30
                                 STATE TAX          12.50
                                 LOCAL TAX          21.33

TOTAL GROSS=         800.42+  DEDUCTIONS=        211.29+ NET PAY=          589.13+
OLDER CHECK/ADVICE DISPLAYED.
TRAN 3    EMPL 862341                          CHK A001115 ORG EEUC
PF3=OLDER CHK 4=NEWER 7=EMP 8=TBL 10=INQ 11=FUNC PA2=TR MENU  ENTER=EARNINGS
```

```
PAYROLL HISTORY            ***EMPLOYEE CHECK DISPLAY***                          PYHI003
ORG ID          EMPL ID        CHK DT 07/08/2010  FED S 01 00 ST EMP 0036 LC1 0343
EEUC            862341         END DT 07/03/2010  ST  S 01 00 ST TXD 0036 LC2
WEAVER,JULIE M                    SCH 414          2ST S 00 00 2ND ST      LC3
CHK/ADV  A001132                                              ST RES 0036 LC4
                              ***CURRENT GROSSES***                        LC5
TTL        668.46    FWT        596.52    ST         596.52   SDI          .00
FUT           .00    SUT        616.57    RTR        668.46   2ST          .00
FCA        616.57    MED        616.57    XCS           .00   LC1       616.57
LC2           .00    LC3           .00    LC4           .00   LC5          .00
 EARNINGS    HOURS    GROSS AMT   DEDUCTION         AMOUNT DEDUCTION       AMOUNT
REGULAR      39.25+      383.87   MEDICAL            46.12 PHARMACY         19.47
SHFT2@1.00   39.25+       39.25   DENTAL              5.77
REGULAR       7.75+       75.80   SIP DEDUC          20.05
REGULAR       7.75+       75.80   FICA/OASD          38.23
SHFT2@1.00    7.75+        7.75   MEDICARE            8.94
SHFT2@1.00    7.75+        7.75   FED TAX            25.10
UPTO          8.00+       78.24   STATE TAX           8.45
                                  LOCAL TAX          17.57

TOTAL GROSS=        668.46+  DEDUCTIONS=        189.70+ NET PAY=          478.76+
OLDER CHECK/ADVICE DISPLAYED.
TRAN 3   EMPL 862341                           CHK A001132 ORG EEUC
PF3=OLDER CHK 4=NEWER 7=EMP 8=TBL 10=INQ 11=FUNC PA2=TR MENU  ENTER=EARNINGS
```

```
PAYROLL HISTORY            ***EMPLOYEE CHECK DISPLAY***                          PYHI003
ORG ID          EMPL ID       CHK DT 06/24/2010  FED S 01 00 ST EMP 0036 LC1 0343
EEUC            862341        END DT 06/19/2010  ST  S 01 00 ST TXD 0036 LC2
WEAVER,JULIE M                   SCH 413         2ST S 00 00 2ND ST      LC3
CHK/ADV   A001131                                           ST RES 0036 LC4
                              ***CURRENT GROSSES***                      LC5
TTL        509.36   FWT       442.19    ST         442.19    SDI         .00
FUT           .00   SUT       457.47    RTR        509.36    2ST         .00
FCA        457.47   MED       457.47    XCS           .00    LC1      457.47
LC2           .00   LC3          .00    LC4           .00    LC5         .00
 EARNINGS    HOURS     GROSS AMT   DEDUCTION        AMOUNT DEDUCTION       AMOUNT
REGULAR       23.75+     232.28    MEDICAL          46.12
SHFT2@1.00    23.75+      23.75    DENTAL            5.77
REGULAR       19.50+     190.71    SIP DEDUC        15.28
REGULAR        4.00+      39.12    FICA/OASD        28.36
SHFT2@1.00    19.50+      19.50    MEDICARE          6.63
SHFT2@1.00     4.00+       4.00    FED TAX           6.91
                                   STATE TAX         4.51
                                   LOCAL TAX        13.04

TOTAL GROSS=          509.36+  DEDUCTIONS=        126.62+ NET PAY=         382.74+
OLDER CHECK/ADVICE DISPLAYED.
TRAN 3    EMPL 862341                        CHK A001131 ORG EEUC
PF3=OLDER CHK 4=NEWER 7=EMP 8=TBL 10=INQ 11=FUNC PA2=TR MENU  ENTER=EARNINGS
```

```
PAYROLL HISTORY            ***EMPLOYEE CHECK DISPLAY***                         PYHI003
ORG ID         EMPL ID         CHK DT 06/10/2010  FED S 01 00 ST EMP 0036 LC1 0343
EEUC           862341          END DT 06/05/2010  ST  S 01 00 ST TXD 0036 LC2
WEAVER,JULIE M                   SCH 412          2ST S 00 00 2ND ST      LC3
CHK/ADV  A001131                                              ST RES 0036 LC4
                               ***CURRENT GROSSES***                      LC5
TTL        431.20   FWT        366.37   ST         366.37   SDI            .00
FUT           .00   SUT        379.31   RTR        431.20   2ST            .00
FCA        379.31   MED        379.31   XCS           .00   LC1         379.31
LC2           .00   LC3           .00   LC4           .00   LC5            .00
 EARNINGS     HOURS     GROSS AMT    DEDUCTION          AMOUNT DEDUCTION         AMOUNT
REGULAR       24.00+       234.72    MEDICAL             46.12
SHFT2@1.00    24.00+        24.00    DENTAL               5.77
LOW            8.00+                 SIP DEDUC           12.94
REGULAR        4.00+        39.12    FICA/OASD           23.52
REGULAR       12.00+       117.36    MEDICARE             5.50
SHFT2@1.00     4.00+         4.00    STATE TAX            3.13
SHFT2@1.00    12.00+        12.00    LOCAL TAX           10.81

TOTAL GROSS=          431.20+  DEDUCTIONS=          107.79+ NET PAY=          323.41+
OLDER CHECK/ADVICE DISPLAYED.
TRAN 3   EMPL 862341                             CHK A001131 ORG EEUC
PF3=OLDER CHK 4=NEWER 7=EMP 8=TBL 10=INQ 11=FUNC PA2=TR MENU  ENTER=EARNINGS
```

```
PAYROLL HISTORY            ***EMPLOYEE CHECK DISPLAY***                          PYHI003
ORG ID        EMPL ID        CHK DT 05/27/2010  FED S 01 00 ST EMP 0036 LC1 0343
EEUC          862341         END DT 05/22/2010  ST  S 01 00 ST TXD 0036 LC2
WEAVER,JULIE M                 SCH 411          2ST S 00 00 2ND ST      LC3
CHK/ADV  A001126                                            ST RES 0036 LC4
                              ***CURRENT GROSSES***                     LC5
TTL       520.14   FWT      452.65    ST        452.65   SDI            .00
FUT          .00   SUT      468.25    RTR       520.14   2ST            .00
FCA       468.25   MED      468.25    XCS          .00   LC1         468.25
LC2          .00   LC3         .00    LC4          .00   LC5            .00
 EARNINGS    HOURS     GROSS AMT   DEDUCTION       AMOUNT DEDUCTION       AMOUNT
REGULAR      16.00+      156.48    MEDICAL         46.12
SHFT2@1.00   16.00+       16.00    DENTAL           5.77
REGULAR      32.25+      315.41    SIP DEDUC       15.60
SHFT2@1.00   32.25+       32.25    FICA/OASD       29.03
                                   MEDICARE         6.79
                                   FED TAX          7.96
                                   STATE TAX        4.78
                                   LOCAL TAX       13.35

TOTAL GROSS=         520.14+  DEDUCTIONS=         129.40+ NET PAY=         390.74+
OLDER CHECK/ADVICE DISPLAYED.
TRAN 3   EMPL 862341                         CHK A001126 ORG EEUC
PF3=OLDER CHK 4=NEWER 7=EMP 8=TBL 10=INQ 11=FUNC PA2=TR MENU  ENTER=EARNINGS
```

```
PAYROLL HISTORY              ***EMPLOYEE CHECK DISPLAY***                          PYHI003
ORG ID        EMPL ID          CHK DT 05/13/2010  FED S 01 00 ST EMP 0036 LC1 0343
EEUC          862341           END DT 05/08/2010  ST  S 01 00 ST TXD 0036 LC2
WEAVER,JULIE M                   SCH 410          2ST S 00 00 2ND ST      LC3
CHK/ADV  A001141                                             ST RES 0036 LC4
                                ***CURRENT GROSSES***                      LC5
TTL        438.54   FWT        386.65   ST        386.65   SDI             .00
FUT           .00   SUT        386.65   RTR       438.54   2ST             .00
FCA        386.65   MED        386.65   XCS          .00   LC1          386.65
LC2           .00   LC3           .00   LC4          .00   LC5             .00
 EARNINGS    HOURS     GROSS AMT   DEDUCTION        AMOUNT DEDUCTION         AMOUNT
REGULAR      24.75+       242.06   MEDICAL           46.12
SHFT2@1.00   24.00+        24.00   DENTAL             5.77
REGULAR      16.00+       156.48   FICA/OASD         23.97
SHFT2@1.00   16.00+        16.00   MEDICARE           5.61
                                   FED TAX            1.36
                                   STATE TAX          3.39
                                   LOCAL TAX         11.02

TOTAL GROSS=        438.54+  DEDUCTIONS=            97.24+ NET PAY=         341.30+
OLDER CHECK/ADVICE DISPLAYED.
TRAN 3    EMPL 862341                          CHK A001141 ORG EEUC
PF3=OLDER CHK 4=NEWER 7=EMP 8=TBL 10=INQ 11=FUNC PA2=TR MENU  ENTER=EARNINGS
```

```
PAYROLL HISTORY            ***EMPLOYEE CHECK DISPLAY***                         PYHI003
ORG ID        EMPL ID         CHK DT 04/29/2010  FED S 01 00 ST EMP 0036 LC1 0343
EEUC          862341          END DT 04/24/2010  ST  S 01 00 ST TXD 0036 LC2
WEAVER,JULIE M                   SCH 409         2ST S 00 00 2ND ST         LC3
CHK/ADV  A001136                                            ST RES 0036 LC4
                              ***CURRENT GROSSES***                         LC5
TTL        344.71   FWT       292.82   ST        292.82    SDI            .00
FUT           .00   SUT       292.82   RTR       344.71    2ST            .00
FCA        292.82   MED       292.82   XCS          .00    LC1         292.82
LC2           .00   LC3          .00   LC4          .00    LC5            .00
 EARNINGS    HOURS     GROSS AMT   DEDUCTION        AMOUNT DEDUCTION        AMOUNT
REGULAR      16.00+       156.48   MEDICAL           46.12
SHFT2@1.00   15.75+        15.75   DENTAL             5.77
REGULAR      16.00+       156.48   FICA/OASD         18.16
SHFT2@1.00   16.00+        16.00   MEDICARE           4.24
                                   STATE TAX          2.19
                                   LOCAL TAX          8.35


TOTAL GROSS=        344.71+  DEDUCTIONS=          84.83+ NET PAY=          259.88+
OLDER CHECK/ADVICE DISPLAYED.
TRAN 3   EMPL 862341                          CHK A001136 ORG EEUC
PF3=OLDER CHK 4=NEWER 7=EMP 8=TBL 10=INQ 11=FUNC PA2=TR MENU  ENTER=EARNINGS
```

```
PAYROLL HISTORY            ***EMPLOYEE CHECK DISPLAY***                        PYHI003
ORG ID        EMPL ID         CHK DT 04/15/2010  FED S 01 00 ST EMP 0036 LC1 0343
EEUC          862341          END DT 04/10/2010  ST  S 01 00 ST TXD 0036 LC2
WEAVER,JULIE M                   SCH 408         2ST S 00 00 2ND ST      LC3
CHK/ADV  C895744                                             ST RES 0036 LC4
                                ***CURRENT GROSSES***                    LC5
TTL         454.32   FWT        402.43   ST          402.43   SDI            .00
FUT            .00   SUT        402.43   RTR         454.32   2ST            .00
FCA         402.43   MED        402.43   XCS            .00   LC1         402.43
LC2            .00   LC3           .00   LC4            .00   LC5            .00
 EARNINGS    HOURS     GROSS AMT   DEDUCTION         AMOUNT DEDUCTION         AMOUNT
ORIENTATN    20.00+       195.60   MEDICAL            46.12
ORIENTATN    24.00+       234.72   DENTAL              5.77
SHFT2@1.00   24.00+        24.00   FICA/OASD          24.95
                                   MEDICARE            5.84
                                   FED TAX             2.94
                                   STATE TAX           3.59
                                   LOCAL TAX          11.47

TOTAL GROSS=        454.32+  DEDUCTIONS=         100.68+ NET PAY=         353.64+
OLDER CHECK/ADVICE DISPLAYED.
TRAN 3    EMPL 862341                        CHK C895744 ORG EEUC
PF3=OLDER CHK 4=NEWER 7=EMP 8=TBL 10=INQ 11=FUNC PA2=TR MENU  ENTER=EARNINGS
```