IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-19810 |
| | ) | |
| Julie Margaret Weaver, | ) | Judge Randolph Baxter |
| | ) | |
| Debtor. | ) | Chapter 7 Case |

**NOTICE OF TRUSTEE'S OBJECTION TO DEBTOR'S APPLICATION
TO PROCEED IN FORMA PAUPERIS AND HEARING THEREON**

**TO: JULIE MARGARET WEAVER**

The trustee has filed an objection to your application to proceed in forma pauperis in this bankruptcy case.

**<u>YOUR RIGHTS MAY BE AFFECTED.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to sustain the objection, you or your attorney must:

File with the Court a written response to the objection, explaining your position, at:

Clerk of Court
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114-1235

If you mail your response to the Court for filing, you must mail it early enough so that the court will receive it on or before the date set for hearing. **If you do not timely file a response, the Court may sustain the objection without a hearing.**

You must also mail a copy to:

David O. Simon, Trustee
1370 Ontario Street, Suite 450
Cleveland, OH 44113-1744

You must also:

Attend the hearing on the objection, scheduled to be held on the 26th day of October, 2010, at 9:00 a.m., in Courtroom 2B, United States Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, OH 44114

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection.

Date: October 6, 2010

/s/ David O. Simon
DAVID O. SIMON, TRUSTEE
1370 Ontario Street, Suite 450
Cleveland, OH 44113-1744
(216) 621-6201; Fax (216) 575-1405
dsimon@epiqtrustee.com

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing Notice of Trustee's Objection to Debtor's Application to Proceed In Forma Pauperis and Hearing Thereon was electronically served upon Diana Khouri, Esq., attorney for debtor, and was sent by regular U.S. Mail this 6th day of October, 2010, to:

Julie Margaret Weaver
6084 Greenview Trail
North Ridgeville, OH 44039

/s/ David O. Simon
DAVID O. SIMON